**WINDSOR COAL COMPANY,**
Petitioner,

v.

**Edgar J. HUGGINS; Director, Office of Workers' Compensation Programs,**
Respondents.

No. 07–1999.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 30, 2008.

Decided: June 25, 2008.

William S. Mattingly, Jackson Kelly PLLC, Morgantown, West Virginia, for Petitioner. Stephen A. Sanders, Appalachian Citizens Law Center, Whitesburg, Kentucky; Gregory F. Jacob, Solicitor of Labor, Patricia M. Nece, Jeffrey S. Goldberg, United States Department of Labor, Washington, D.C., for Respondents.

Before NIEMEYER and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Windsor Coal Company seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's award of black lung benefits on a claim filed by Edgar J. Huggins pursuant to 30 U.S.C. §§ 901–945 (2000). Our re-

view of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we deny the petition for review for the reasons stated by the Board. *Windsor Coal Co. v. Huggins,* No. 06–0710–BLA (B.R.B. Aug. 15, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*